# EXHIBIT A

Ana Cheri



Ana Cheri

Ana Cheri



# EXHIBIT B



Brenda Lynn Geiger





Brenda Lynn Geiger



Brenda Lynn Geiger



Brenda Lynn Geiger



Brenda Lynn Geiger



Brenda Lynn Geiger

Brenda Lynn Geiger



Brenda Lynn Geiger



# EXHIBIT C



Claudia Sampedro



Claudia Sampedro

Claudia Sampedro



Claudia Sampedro



Claudia Sampedro





Claudia Sampedro



Claudia Sampedro

Claudia Sampedro





Claudia Sampedro



Claudia Sampedro



Claudia Sampedro

Claudia Sampedro



Claudia Sampedro



Claudia Sampedro

Claudia Sampedro



Claudia Sampedro



Claudia Sampedro

Claudia Sampedro



Claudia Sampedro

Claudia Sampedro





Claudia Sampedro



Claudia Sampedro



Claudia Sampedro





Claudia Sampedro

Claudia Sampedro



Claudia Sampedro



Claudia Sampedro



Claudia Sampedro

Claudia Sampedro





Claudia Sampedro

Claudia Sampedro



# EXHIBIT D



Irina Voronina



Irina Voronina

Irina Voronina



# EXHIBIT E



Mariana Davalos



Mariana Davalos

Jessa Hinton & Mariana Davalos



**EXHIBIT F**

Paola Canas





Paola Canas

# EXHIBIT G

Rosa Acosta



# EXHIBIT H

Rachel Koren & Katarina Van Derham



# EXHIBIT I



Rachel Koren & Katarina Van Derham

# EXHIBIT J



Sara Underwood

**EXHIBIT K**



Ursula Mayes

# EXHIBIT L

Jessa Hinton



Jessa Hinton



Jessa Hinton



Jessa Hinton



Jessa Hinton



Jessa Hinton



Jessa Hinton



Jessa Hinton



Jessa Hinton



Jessa Hinton

Jessa Hinton





Jessa Hinton



Jessa Hinton

Jessa Hinton



Jessa Hinton



Jessa Hinton



Jessa Hinton



